[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16705
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 7, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-10031-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO JUAN TORRES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 7, 2009)

Before CARNES, WILSON and COX, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Pedro Juan Torres in this appeal

from the revocation of supervised release and sentence imposed upon revocation, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of supervised release and Torres's sentence are **AFFIRMED**.